```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
-------------------------------------------------------X  ELECTRONICALLY FILED
  MARGRET MALONE,                                :        DOC #:
                                                 :        DATE FILED: 12/30/2019
                              Plaintiff,         :
                                                 :
              -against-                          :        19-CV-5983 (VEC)
                                                 :
                                                 :        ORDER
  WILLY K. MARTINEZ-MORONTA and                  :
  PEDRO LOPEZ-ALMONTE,                           :
                                                 :
                              Defendants.        :
-------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties have consented to conducting all further proceedings before Magistrate Judge Netburn;

IT IS HEREBY ORDERED that the conference currently scheduled for January 3, 2020, before the undersigned is CANCELLED. All further communications should be directed to Judge Netburn.

**SO ORDERED.**

**Date: December 30, 2019**
**New York, New York**                                   _____
                                                         **VALERIE CAPRONI**
                                                         **United States District Judge**