USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARGARET MALONE,

                                    **Plaintiff,**

                -against-

**WILLY K. MARTINEZ-MORONTA, et al.,**

                                  **Defendants.**

-----------------------------------------------------------------X

**19-CV-05983 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On December 20, 2019, the Honorable Valerie E. Caproni referred this matter to me for all purposes based on the consent of the parties. See 28 U.S.C. § 636(c).

The parties are to follow the schedule set out in the August 23, 2019 Civil Case Management Plan (ECF No. 22). All pretrial applications, including those relating to scheduling and discovery, must comply with the Individual Practices of Judge Netburn, which are available on the Court's website https://nysd.uscourts.gov/hon-sarah-netburn.

All discovery (including requests for admissions) must be initiated early enough to be concluded by the deadline for all discovery. Discovery motions—that is, any application pursuant to Rules 26 through 37 or 45—must comply not only with paragraph I(b) of the Court's Individual Practices but also must be made promptly after the cause for such a motion arises. In addition, absent good cause, no such application will be considered if made later than 30 days before the close of discovery.

Any application for an extension of time with respect to any deadlines in this matter must be made as soon as the cause for the extension becomes known to the party making the

application and must be made in accordance with paragraph I(g) of the Court's Individual Practices. The application must state the position of all other parties regarding the proposed extension and must show good cause for the extension. "Good cause" as used in this paragraph does not include circumstances within the control of counsel or the party. Any application not in compliance with this paragraph will be denied.

**Status Conference and Status Letter.** A status conference is scheduled for Tuesday, January 21, 2020, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher as soon as practicable at (212) 805-0286 to reschedule.

By January 14, 2020, the parties shall file a joint letter updating the Court as to the status of expert discovery, including whether there are any outstanding discovery disputes. The letter should also indicate whether the parties would like a referral to another Magistrate Judge or to the mediation program for settlement purposes.

**Summary Judgment**. Any motions for summary judgment shall be filed, without pre-motion letters, by March 9, 2020.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 3, 2020
          New York, New York