**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

MARGARET MALONE,

                        **Plaintiff,**

        **-against-**

WILLY K. MARTINEZ-MORONTA, et al.,

                        **Defendants.**

-------------------------------------------------------------------X

**19-CV-05983 (SN)**

**ORDER OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2020

**SARAH NETBURN, United States Magistrate Judge**:

    By letter date May 14, 2020, the parties informed the Court that they have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days. All filing deadlines and conference dates are adjourned.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     May 15, 2020
              New York, New York